THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>Defendants. | NO. 2:18-cv-00464 MJP<br><br>DEFENDANT NATIONAL SURETY CORPORATION SUED ERRONEOUSLY AS FIREMAN'S FUND INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. Proc. 7.1, Defendant National Surety Corporation, erroneously sued as Fireman's Fund Insurance Company, by and through its attorneys, Gordon Thomas Honeywell LLP, hereby states that:

1. National Surety Corporation, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, an Illinois corporation, which is a wholly owned subsidiary of Allianz of America, Inc., a Delaware corporation. Allianz of America, Inc. Is a wholly owned

DEFENDANT NATIONAL SURETY CORPORATION SUED ERRONEOUSLY AS
FIREMAN'S FUND INSURANCE COMPANY'S CORPORATE DISCLOSURE
STATEMENT - 1 of 4
(2:18-cv-00464 MJP)
[4815-6667-5041]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

subsidiary of Allianz Europe B.V,, a private limited liability company registered In the Netherlands, which is a wholly owned subsidiary of Allianz SE, a European company.

2. Allianz SE is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company (and its subsidiaries, including National Surety Corporation).

Dated this 6th day of April, 2018.

GORDON THOMAS HONEYWELL LLP

By _____
Michael E. Ricketts, WSBA No. 9387
mricketts@gth-law.com
Attorneys for Defendant National Surety Corporation sued erroneously as Fireman's Fund Insurance Company

DEFENDANT NATIONAL SURETY CORPORATION SUED ERRONEOUSLY AS FIREMAN'S FUND INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT - 2 of 4
(2:18-cv-00464 MJP)
[4815-6667-5041]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Counsel for Plaintiff**<br>Daniel S. Houser, WSBA #32327<br>Justin D. Sudweeks, WSBA #28755<br>Daniel Stein, WSBA #48739<br>STEIN SUDWEEKS & HOUSER, PLLC<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>Phone: (206) 388-0660<br>dhouser@condodefects.com<br>Justin@condodefects.com<br>dstein@condodefects.com | **Counsel for American Casualty Co. of Reading PA; Continental Casualty Company; Transcontinental Insurance Co.; Transportation Insurance Co.**<br>Curt H. Feig, WSBA #19890<br>Noah S. Jaffe, WSBA #43454<br>NICOLL BLACK & FEIG PLLC<br>1325 Fourth Avenue, Suite 1650<br>Seattle, WA 98101<br>Phone: (206) 838-7555<br>cfeig@nicollblack.com<br>njaffe@nicollblack.com |
| **Counsel for Commonwealth Insurance Co. of America**<br>Stephania Denton, WSBA #21920<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111-9402<br>Phone: (206) 223-7000<br>dentons@lanepowell.com | **Counsel for Century Surety Co.**<br>Eliot M. Harris, WSBA #36590<br>WILLIAMS KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: (206) 628-6600<br>eharris@williamskastner.com |
| **Counsel for Gulf Insurance Co.**<br>James T. Derrig, WSBA #13471<br>JAMES T. DERRIG, ATTORNEY AT LAW<br>14419 Greenwood Avenue N., Suite A-372<br>Seattle, WA 98133<br>Phone: (206) 414-7228<br>Jim.derriglaw@me.com | **Counsel for Farmers Insurance Exchange**<br>Thomas Lether, WSBA #18089<br>Rishabh Agny, WSBA #49721<br>LETHER & ASSOCIATES PLLC<br>1849 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>Phone: (206) 467-5444<br>tlether@letherlaw.com<br>ragny@letherlaw.com |
| **Counsel for National Fire and Marine Insurance Co.**<br>John R. McDowall, WSBA #25128<br>CARNEY BADLEY SPELLMAN PS<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | |

DEFENDANT NATIONAL SURETY CORPORATION SUED ERRONEOUSLY AS FIREMAN'S FUND INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT - 3 of 4
(2:18-cv-00464 MJP)
[4815-6667-5041]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | |
|---|---|
| mcdowall@carneylaw.com<br>clement@carneylaw.com<br>mundy@carneylaw.com<br>ramsey@carneylaw.com<br><br>William W. Webster, *Pro Hac Vice*<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067<br>wwebster@robinskaplan.com | |

                                    */s/ Karen L. Calkins*
                                    Karen L. Calkins, Legal Assistant
                                    GORDON THOMAS HONEYWELL LLP

DEFENDANT NATIONAL SURETY CORPORATION SUED ERRONEOUSLY AS
FIREMAN'S FUND INSURANCE COMPANY'S CORPORATE DISCLOSURE
STATEMENT - 4 of 4
(2:18-cv-00464 MJP)
[4815-6667-5041]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575