Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY SURETY COMPANY, an Ohio company; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company; FIREMAN'S FUND INSURANCE COMPANY, a California company; GULF INSURANCE COMPANY, a Connecticut company; NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Nebraska company; and DOE INSURANCE COMPANIES 1-10, <br><br> Defendants. | NO. 2:18-cv-00464-MJP <br><br> **ORDER OF DISMISSAL OF ALL CLAIMS AGAINST NATIONAL FIRE AND MARINE INSURANCE COMPANY WITHOUT PREJUDICE** |

THIS MATTER having come on before the above entitled court on the Stipulation of the parties through their counsel of record, now, therefore,

IT IS HEREBY ORDERED that defendant National Fire and Marine Insurance Company is dismissed without prejudice from this action, with each party bearing its own fees and costs.

ORDER OF DISMISSAL OF ALL CLAIMS AGAINST NATIONAL
FIRE AND MARINE INSURANCE COMPANY WITHOUT
PREJUDICE – 1

DATED this 17th. day of April, 2018.

*signature*
Honorable Marsha J. Pechman

Presented by:

**CARNEY BADLEY SPELLMAN**

*s/ Sommer B. Clement*
John R. McDowall, No. 25128
Sommer B. Clement, WSBA No. 31497
Attorneys for Defendant National Fire and Marine Insurance Company

**STEIN, SUDWEEKS & HOUSER, PLLC**

*s/ Daniel Stein*
Daniel Stein, WSBA No. 48739
Justin D. Sudweeks, WSBA No. 28755
Daniel S. Houser, WSBA No. 32327
Attorneys for Plaintiff Monaco Villa Condominium Owners Association