UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio company; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company, FIREMAN'S FUND INSURANCE COMPANY, a California company, GULF INSURANCE COMPANY, a Connecticut company; NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Nebraska company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants | NO. 2:18-cv-00464-MJP<br><br>ORDER DISMISSING GULF INSURANCE COMPANY WITHOUT PREJUDICE |

Pursuant to the stipulation of the plaintiff and defendant Gulf Insurance Company, it is hereby ORDERED that Gulf is dismissed from this action without prejudice and without costs, expenses or attorney fees awarded against any party.

ORDER DISMISSING GULF INSURANCE COMPANY - 1

DATED this _16th_ day of May, 2018.

_/s/ Marsha J. Pechman_
The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

____/s/_____
James T. Derrig WSBA 13471
Attorney for Gulf

Approved as to form and content;
Notice of presentation waived:

*Per email authorization dated May 11, 2018*

____/s/_____
Daniel Houser, WSBA 32327
Daniel Stein, WSA 48739
Attorneys for Plaintiff