Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio company; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company; FIREMAN'S FUND INSURANCE COMPANY, a California company; GULF INSURANCE COMPANY, a Connecticut company; NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Nebraska company; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:18-cv-00464-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEADLINES ON ORDER SETTING TRIAL DATE AND RELATED DATES |

This matter comes before the Court via stipulated motion by Plaintiff and Defendant, Century Surety Company, to extend the deadlines regarding joining additional parties and filing amended pleadings by sixty (60) days as set forth in the Order Setting Trial Date and Related Dates entered by the Court on June 19, 2018. Dkt. #21.

The Court finds that good cause exists as stated by the parties in the stipulation. Accordingly, it is hereby ordered that the deadlines regarding joining additional parties and filing amended pleadings are hereby extended. The new deadline for joining additional parties is

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
TIME FOR DEADLINES ON ORDER SETTING TRIAL DATE AND
RELATED DATES - 1
( 2:18-cv-464 MJP)

September 17, 2018, and the new deadline for amended pleadings is September 27, 2018. All other deadlines shall remain the same.

DATED this _18th_ day of July, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
TIME FOR DEADLINES ON ORDER SETTING TRIAL DATE AND
RELATED DATES - 2
( 2:18-cv-464 MJP)