UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, et al.,<br><br>Defendants. | CASE NO. C18-464 MJP<br><br>ORDER ON MOTION TO FILE AMENDED ANSWER AND THIRD-PARTY COMPLAINT |

The above-entitled Court, having received and reviewed:

1. Defendant Commonwealth Insurance Company of America's Motion for Leave to File Amended Answer and Third-Party Complaint (Dkt. No. 25),

2. Plaintiff's Opposition to Defendant Commonwealth Insurance Company of America's Motion for Leave to File Amended Answer and Third-Party Complaint (Dkt. No. 27),

3. Defendant Commonwealth Insurance Company of America's Reply in Support of Motion for Leave to File Amended Answer and Third-Party Complaint (Dkt. No. 28),

all accompanying declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED; Defendant shall file its amended answer and third-party complaint forthwith.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 14, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge