UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONACO VILLA CONDOMINIUM
OWNERS ASSOCIATION,

               Plaintiff,

      v.

CENTURY SURETY COMPANY, et
al.,

               Defendants.

CASE NO. C18-464 MJP

ORDER GRANTING LEAVE TO
AMEND COMPLAINT

The above-entitled Court, having received and reviewed Plaintiff's Motion for Leave to
File First Amended Complaint (Dkt. No. 40) and National Surety Corporation's Statement of
Non-Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. No. 42),
rules as follows:

IT IS ORDERED that Plaintiff's Motion for Leave File First Amended Complaint is
GRANTED.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 9, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge