HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, et al.,<br><br>Defendants. | NO. 2:18-cv-00464 MJP<br><br>ORDER GRANTING DEFENDANT NATIONAL SURETY CORPORATION'S [SUED ERROONEOUSLY AS FIREMAN'S FUND INSUARNCE COMPANY] MOTION FOR LEAVE TO FILE AMENDED ANSWER AND THIRD PARTY COMPLAINT |

THIS MATTER, having come before the Court on Defendant National Surety Corporation (Sued Erroneously as Fireman's Fund Insurance Company)'s Motion for Leave to File Amended Answer and Third-Party Complaint, and the Court having considered the pleadings filed herein including:

    1.    Defendant National Surety Corporation's Motion for Leave to File Amended Answer and Third-Party Complaint;

    2.    Plaintiff's Response and supporting pleadings;

    3.    Defendant National Surety Corporation's Reply and supporting pleadings;

() ORDER GRANTING DEFENDANT NATIONAL SURETY CORPORATION'S [SUED ERROONEOUSLY AS FIREMAN'S FUND INSUARNCE COMPANY] MOTION FOR LEAVE TO FILE AMENDED ANSWER AND THIRD PARTY COMPLAINT - 1 of 2
(2:18-cv-00464 MJP)
[4850-7356-6835]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

4. _____;

5. _____;

6. _____; and

7. _____.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant National Surety Corporation's Motion for Leave to File Amended Answer and Third Party Complaint is hereby GRANTED.

DATED this 9th day of ~~September, 2016~~ Oct. 2018.

_____
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

(~~[Proposed]~~) ORDER GRANTING DEFENDANT NATIONAL SURETY
CORPORATION'S [SUED ERROONEOUSLY AS FIREMAN'S FUND
INSUARNCE COMPANY] MOTION FOR LEAVE TO FILE AMENDED ANSWER
AND THIRD PARTY COMPLAINT - 2 of 2
(2:18-cv-00464 MJP)
[4850-7356-6835]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575