THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio company; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company; FIREMAN'S FUND INSURANCE COMPANY, a California company; GULF INSURANCE COMPANY, a Connecticut company; NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Nebraska company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:18-cv-00464-MJP<br><br>STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER FOR THIRD-PARTY DEFENDANT GREAT AMERICAN INSURANCE COMPANY<br><br>NOTED ON THE MOTION CALENDAR: OCTOBER 17, 2018 |
| COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois company; AMERICAN CASUALTY COMPANY OF READING PA, a Pennsylvania company; AXIS SURPLUS | |

| | |
|---|---|
| 1 | INSURANCE COMPANY, an Illinois company; CONTINENTAL CASUALTY COMPANY, an Illinois company; FARMERS INSURANCE EXCHANGE, a reciprocal insurance company; GREAT AMERICAN INSURANCE COMPANY, an Ohio company; MT HAWLEY INSURANCE COMPANY, a Nebraska company; PACIFIC INSURANCE COMPANY, LIMITED, a Connecticut company; RLI INSURANCE COMPANY, an Illinois company; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire company; STATE FARM FIRE & CASUALTY COMPANY, an Illinois company; TRANSCONTINENTAL INSURANCE COMPANY, a New York company; TRANSPORTATION INSURANCE COMPANY, an Illinois company; WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania company, |

Third-Party Defendants.

Defendant and Third-Party Plaintiff Commonwealth Insurance Company of America ("Commonwealth") and Third-Party Defendant Great American Insurance Company ("GAIC") hereby stipulate to an extension of time for GAIC to answer or otherwise respond

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

to Commonwealth's Third Party Complaint. The current deadline for the response is October 23, 2018. The parties agree to extend that deadline to November 21, 2018.

DATED: October 17, 2018

IT IS SO STIPULATED:

| LANE POWELL PC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By _/s/ Stephania Denton (w/permission)_<br>Stephania Denton, WSBA #21920<br>E-Mail: dentons@lanepowell.com | By _/s/ John A. Bennett_<br>John A. Bennett, WSBA #33214<br>E-Mail: john.bennett@bullivant.com |
| Attorneys for Defendant/Third-Party Plaintiff Commonwealth Insurance Company of America | Attorneys for Third-Party Defendant Great American Insurance Company |

IT IS SO ORDERED.

DATED this _23rd_ day of October, 2018.

_[signature]_

The Honorable Marsha J. Pechman
United States Senior District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 17th day of October, 2018.

BULLIVANT HOUSER BAILEY PC

By */s/ John A. Bennett*
John A. Bennett, WSBA #33214
E-Mail: john.bennett@bullivant.com

Attorneys for Third-Party Defendant Great American Insurance Company

4818-3017-9193.1