The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CENTURY SURETY COMPANY, an Ohio company; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company; FIREMAN'S FUND INSURANCE COMPANY, a California company; GULF INSURANCE COMPANY, a Connecticut company; NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Nebraska company; and DOE INSURANCE COMPANIES 1–10,<br><br>　　　　　　　　　Defendants. | NO. 2:18-cv-00464-MJP<br><br>**ORDER GRANTING DEFENDANT CENTURY SURETY COMPANY'S MOTION FOR CONTRIBUTION BAR ORDER AND DISMISSAL OF ALL CLAIMS AGAINST CENTURY WITH PREJUDICE** |

This matter having come before the Court on Defendant Century Surety Company ("Century") motion for entry of an order dismissing all pending claims against it in this lawsuit and for an order barring all future contribution claims, and the Court having considered all relevant records and pleadings on file, including the briefing submitted by the various parties to this lawsuit, the Court enters the following order.

It is hereby ORDERED as follows:

　　(1)　Century's Motion for Contribution Bar Order and Dismissal of All Claims Against Century With Prejudice is GRANTED;

(2) All potential claims that non-settling insurance carriers may have against Century for contribution, equitable contribution, subrogation, indemnity, or any other claim or recovery arising from policies of insurance issued by Century are BARRED with respect to all claims and damages (including, but not limited to, indemnity damages, subrogation, settlement amounts, judgments, and/or fees and costs) arising out of the claims by Monaco Villa Condominium Owners Association (including any predecessor in interest) either in the insurance claim related to this suit or arising out of or related to the claims in the instant suit; and

(3) All pending claims against Century are DISMISSED with prejudice and without fees or costs to any party.

ENTRED on this _24th__ day of October, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge