HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY SURETY COMPANY, an Ohio company; et al.,<br><br>Defendants. | NO. 2:18-cv-00464-MJP<br><br>STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER FOR THIRD-PARTY DEFENDANT STATE FARM<br><br>NOTE ON MOTION CALENDAR: OCTOBER 24, 2018 |

Defendant and Third-Party Plaintiff Commonwealth Insurance Company of America ("Commonwealth") and Third-Party Defendant State Farm Fire and Casualty Company ("State Farm") stipulate to an extension of time for State Farm to answer or otherwise respond to Commonwealth's Third-Party Complaint. The parties agree to extend the deadline to November 21, 2018.

STIPULATED MOTION TO EXTEND TIME – 1
[Case No. 2:18-cv-00464-MJP]

DATED this 24th day of October, 2018.

By: *s/Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
1215 Fourth Ave., Ste. 1700
Seattle, WA  98161

*Attorneys for Third-Party Defendant State Farm*

By: *s/Stephania Denton*
Stephania Denton, WSBA 21920
Lane Powell
1420 Fifth Avenue, Suite 4200
Seattle WA 98111-9402
*Attorneys for Third-Party Plaintiff Commonwealth*

IT IS SO ORDERED.

DONE this __26th___ day of __October___, 2018.

_[signature]_

The Honorable Marsha J. Pechman
United States Senior District Court Judge

STIPULATED MOTION TO EXTEND TIME – 2
[Case No. 2:18-cv-00464-MJP]