THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio company: COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company: FIREMAN'S FUND INSURANCE COMPANY, a California company: NATIONAL SURETY CORPORATION, an Illinois company; and DOE INSURANCE COMPANIES 1-10,,<br><br>Defendants. | NO. 2:18-cv-00464 MJP<br><br>**ORDER GRANTING DEFENDANTS FIREMAN'S FUND INSURANCE COMPANY AND NATIONAL SURETY CORPORATION'S MOTION FOR CONTRIBUTION BAR ORDER AND DISMISSAL OF ALL CLAIMS AGAINST FIREMAN'S FUND INSURANCE COMPANY AND NATIONAL SURETY CORPORATION WITH PREJUDICE**<br><br>NOTED FOR CONSIDERATION<br>**Friday, November 15, 2018** |

Order Granting Fireman's Fund and National Surety Corporation's Motion for Contribution Bar Order
No. 2:18-cv-00464 MJP

1

MOUND COTTON WOLLAN &
GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, CA 94608
(510) 900-9371 - FACSIMILE 510) 900-9381

This matter came before the Court on Defendants Fireman's Fund Insurance Company's ("Fireman's Fund") and National Surety Corporation's ("National Surety") motion for entry of an order dismissing all pending claims against it in this lawsuit and for an order barring all future contribution claims. The Court having considered all relevant records and pleadings on file, including the briefing submitted by the various parties to this lawsuit, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) Fireman's Fund and National Surety's Motion for Contribution Bar Order and Dismissal of All Claims Against Fireman's Fund and National Surety With Prejudice is GRANTED;

(2) All potential claims that non-settling insurance carriers may have against Fireman's Fund and / or National Surety for contribution, equitable contribution, subrogation, indemnity, or any other claim or recovery arising from policies of insurance issued by Fireman's Fund or National Surety are BARRED with respect to all claims and damages (including, but not limited to, indemnity damages, subrogation, settlement amounts, judgments, and/or fees and costs) arising out of the claims by Monaco Villa Condominium Owners Association (including any predecessor in interest) either in the insurance claim related to this suit or arising out of or related to the claims in the instant suit; and

(3) All pending claims against Fireman's Fund and National Surety are DISMISSED with prejudice and without fees or costs to any party.

DATED: _December 13_, 2018.

_____
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Order Granting Fireman's Fund and
National Surety Corporation's Motion
for Contribution Bar Order
No. 2:18-cv-00464 MJP

2

MOUND COTTON WOLLAN &
GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, CA 94608
(510) 900-9371 - FACSIMILE 510) 900-9381