HONORABLE MARSHA J. PECHMAN
Trial Date: October 15, 2019
Hearing date: April 26, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY SURETY COMPANY, an Ohio company; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company; FIREMAN'S FUND INSURANCE COMPANY, a California company; NATIONAL SURETY CORPORATION, an Illinois company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | Case No. 2:18-cv-00464-MJP<br><br>[PROPOSED] ORDER GRANTING CROSS-DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR CLAIMS BAR ORDER AND DISMISSAL OF ALL CLAIMS AGAINST ALLSTATE INSURANCE COMPANY WITH PREJUDICE<br><br>[Clerk's Action Required] |
| COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware company,<br><br>Third-Party Plaintiff,<br><br>vs. | |

[PROPOSED] ORDER GRANTING CROSS-DEFENDANT ALLSTATE INSURANCE COMPANY'S CLAIMS BAR MOTION (Cause No. 2:18-cv-00464-MJP) – 1
bb/BB6513.094/3189269x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

|   |   |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Company, AMERICAN CASUALTY COMPANY OF READING PA, a Pennsylvania company; AXIS SURPLUS INSURANCE COMPANY, an Illinois company; CONTINENTAL CASUALTY COMPANY, an Illinois company; FARMERS INSURANCE EXCHANGE, a reciprocal insurance company; GREAT AMERICAN INSURANCE COMPANY, an Ohio company, MT HAWLEY INSURANCE COMPANY, a Nebraska company; PACIFIC INSURANCE COMPANY, LIMITED, a Connecticut company; RLI INSURANCE COMPANY, an Illinois company; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire company; STATE FARM FIRE & CASUALTY COMPANY, an Illinois company; TRANSCONTINENTAL INSURANCE COMPANY, a New York company; TRANSPORTATION INSURANCE COMPANY, an Illinois company; WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania company,<br><br>Third-Party Defendants. |   |

This matter came before the Court on Cross-Defendant Allstate Insurance Company's ("Allstate") Motion for entry of an order dismissing all pending claims against it in this lawsuit and for an order barring all future contribution claims. The Court having considered all relevant records and pleadings on file, including the briefing submitted by the various parties to this lawsuit, it is hereby ORDERRED, ADJUDGED, AND DECREED as follows:

1. Allstate's Motion for Claims Bar Order and Dismissal of All Claims Against Allstate Insurance Company with Prejudice is GRANTED;

[PROPOSED] ORDER GRANTING CROSS-DEFENDANT ALLSTATE INSURANCE COMPANY'S CLAIMS BAR MOTION (Cause No. 2:18-cv-00464-MJP) – 2
bb/BB6513.094/3189269x



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

2. All potential claims that non-settling insurance carriers may have against Allstate for contribution, equitable contribution, subrogation, indemnity, or any other claim or recovery arising from policies of insurance issued by Allstate are BARRED with respect to all claims and damages (including, but not limited to, indemnity damages, subrogation, settlement amounts, judgments, and/or fees and costs) arising out of the claims by the Monaco Villa Condominium Owners Association (including any predecessor in interest) either in the insurance claim related to this suit or arising out of or related to the claims in the instant suit; and

3. All pending claims against Allstate are DIMISSED with prejudice and without fees or costs to any party.

DATED: April 17, 2019

HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

s/*Alfred E. Donohue*
s/*Brian Buron*
Alfred E. Donohue, WSBA #32774
Brian Buron, WSBA #27206
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Telephone: 206-623-4100
Fax: 206-623-9273
donohue@wscd.com
buron@wscd.com
Attorneys for Defendant Allstate Insurance Company

[PROPOSED] ORDER GRANTING CROSS-DEFENDANT ALLSTATE INSURANCE COMPANY'S CLAIMS BAR MOTION (Cause No. 2:18-cv-00464-MJP) – 3
bb/BB6513.094/3189269x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

1  Form approved by:

2  STEIN, SUDWEEKS & STEIN, PLLC

3  s/*Daniel Stein*
4  Daniel Stein, WSBA No. 48739
5  2701 First Avenue, Suite 430
   Seattle, WA 98121
6  Telephone: 206-388-0660
   Fax: 206-286-2660
7  dstein@condodefects.com
8  Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING CROSS-
DEFENDANT ALLSTATE INSURANCE
COMPANY'S CLAIMS BAR MOTION (Cause
No. 2:18-cv-00464-MJP) – 4
bb/BB6513.094/3189269x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

**CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Justin D. Sudweeks
Daniel Stein
STEIN, SUDWEEKS & STEIN
2701 1st Avenue, Suite 430
Seattle, WA 98121
( ) Via U.S. Mail
( ) Via Facsimile: 206-286-2660
( ) Via Hand Delivery
(X) Via ECF: jsudweeks@condodefects.com;
     Kirsten@condodefects.com;
     dstein@condodefects.com

**Attorney for Defendant State Farm Fire & Casualty Company**
Michael S. Rogers
REED MCCLURE
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
( ) Via U.S. Mail
( ) Via Facsimile: 206-223-0152
( ) Via Hand Delivery
(X) Via ECF: mrogers@rmlaw.com;
     kmcbride@rmlaw.com

**Attorney for Defendant/3rd Party Plaintiff/Cross Claimant Commonwealth Insurance Co.**
Stephania C. Denton
Angie R. Nolet
Andrew J. Gabel
LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WA 98111-9402
( ) Via U.S. Mail
( ) Via Facsimile
( ) Via Hand Delivery
(X) Via ECF: noleta@lanepowell.com;
     gabela@lanepowell.com;
     dentons@lanepowell.com;
     rosenkranzl@lanepowell.com;
     nichols@lanepowell.com

**Attorney for 3rd Party Defendant Great American Insurance Company**
John A. Bennett
BULLIVANT HOUSER BAILEY PC
888 SW Fifth Ave., Suite 300
Portland, OR 97204-2089
( ) Via U.S. Mail
( ) Via Facsimile: 503-295-0915
( ) Via Hand Delivery
(X) Via ECF: john.bennett@bullivant.com;
     julie.caufman@bullivant.com

**Attorney for Third Party Defendant Safeco Ins. Co.**
Michael K. McCormack
BULLIVANT HOUSER BAILEY
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
( ) Via U.S. Mail
( ) Via Facsimile: 206-386-5130
( ) Via Hand Delivery
(X) Via ECF: michael.mccormack@bullivant.com;
     Bryana.blessinger@bullivant.com;
     deb.messer@bullivant.com

**Attorney for Third-Party Defendants Transcontinental, American Casualty, Continental Casualty and Transportation Ins. Co.**
Curt H. Feig
Shantrice D. Anderson
NICOLL BLACK & FEIG PLLC
1325 Fourth Ave, Suite 1650
Seattle, WA 98101-2573
( ) Via U.S. Mail
( ) Via Facsimile: (206) 838-7515
( ) Via Hand Delivery
(X) Via ECF: cfeig@nicollblack.com;
     sanderson@nicollblack.com

[PROPOSED] ORDER GRANTING CROSS-DEFENDANT ALLSTATE INSURANCE COMPANY'S CLAIMS BAR MOTION (Cause No. 2:18-cv-00464-MJP) – 5
bb/BB6513.094/3189269x


WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  **Attorney for Defendant Pacific Insurance Company Ltd.**
2  Stephanie Andersen
   Miles J. Stewart
3  Matt Adams
   FORSBERG & UMLAUF, P.S.
4  901 5th Ave., Suite 1400
   Seattle, WA  98164-2047
5  ( )   Via U.S. Mail
   ( )   Via Facsimile:  206-689-8501
6  ( )   Via Hand Delivery
   (X)   Via ECF:  Sandersen@FoUm.law;
7  MStewart@FoUm.law; madams@FoUm.law

   **SIGNED** this 1st day of April, 2019, at Seattle, Washington.

                                    _s/Joy Lawrence_
                                    Joy Lawrence
                                    Legal Assistant

[PROPOSED] ORDER GRANTING CROSS-DEFENDANT ALLSTATE INSURANCE COMPANY'S CLAIMS BAR MOTION (Cause No. 2:18-cv-00464-MJP) – 6
bb/BB6513.094/3189269x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273