HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio company, et al.,<br><br>Defendants. | NO. 2:18-cv-00464 MJP<br><br>**STIPULATED MOTION FOR DISMISSAL OF SUIT WITH PREJUDICE AND REQUEST FOR RULING ON PENDING CLAIM BAR MOTION**<br><br>NOTE ON MOTION CALENDAR: April 12, 2019 |

THIS MATTER having come on for ruling by the Honorable Marsha J. Pechman on the Stipulated Motion and the Court having considered Stipulated Motion for Dismissal of Suit with Prejudice and Request for Ruling on Pending Claim Bar Motion;

IT IS HEREBY ORDERED that the current action is dismissed with prejudice. The Court otherwise retains jurisdiction over the pending Claims Bar Motion filed by Third-Party Defendant Allstate Insurance Company. The pending unopposed Claims Bar Motion filed by Third-Party Defendant Allstate Insurance Company is GRANTED.

STIPULATED MOTION FOR DISMISSAL OF SUIT WITH PREJUDICE AND REQUEST FOR RULING ON PENDING CLAIM BAR MOTION (NO. 2:18-cv-00464 MJP) - 1

Dated this _17th_ day of _April_, 2019.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

*s/ Daniel Stein*
Daniel Stein, WSBA No. 48739
Justin Sudweeks, WSBA No. 28755
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: dstein@condodefects.com
      justin@condodefects.com
Phone: (206) 388-0660
*Attorneys for Plaintiff Monaco Villa Condominium Owners Association*

**LANE POWELL, PC**

*s/ Stephania Denton*
Stephania Denton, WSBA No. 21920
Andrew Gabel, WSBA No. 9310
Angie Nolet, WSBA No.50059
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Email: dentons@lanepowell.com;
      gabela@lanepowell.com
      noleta@lanepowell.com;
Phone: (206) 223-7000
*Attorneys for Commonwealth Insurance Company of America*

**WILSON SMITH COCHRAN DICKERSON**

*s/ Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700

STIPULATED MOTION FOR DISMISSAL OF SUIT
WITH PREJUDICE AND REQUEST FOR RULING
ON PENDING CLAIM BAR MOTION (NO. 2:18-cv-
00464 MJP) - 2

Seattle, WA 98164-2050
Email: donohue@wscd.com
Phone: (206) 623-4100
*Attorney for Allstate Insurance Company*